UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Randy Alan Kincaid,

                Plaintiff,        Case No. 16-cv-14441

v.                                      Judith E. Levy
                                        United States District Judge
Nancy A. Berryhill, Acting
Commissioner of Social Security,    Mag. Judge Elizabeth A. Stafford

                Defendant.

_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION [19]**

Before the Court is Magistrate Judge Elizabeth A. Stafford's Report and Recommendation recommending the Court grant plaintiff's motion for summary judgment (Dkt. 17) and deny defendant's motion for summary judgment. (Dkt. 18.) The parties were required to file specific written objections within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court has nevertheless thoroughly reviewed the Report and Recommendation, and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (Dkt. 19) is ADOPTED;

Plaintiff's motion for summary judgment [17] is GRANTED, defendant's motion for summary judgment [18] is DENIED, and the matter is REMANDED pursuant to 42 U.S.C. § 405(g) for further consideration consistent with the Report and Recommendation.

IT IS SO ORDERED.

| | |
|---|---|
| Dated: February 12, 2018<br>Ann Arbor, Michigan | s/Judith E. Levy<br>JUDITH E. LEVY<br>United States District Judge |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 12, 2018.

s/Shawna Burns
SHAWNA BURNS
Case Manager
